UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN M. HAWORTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE: COMMISSIONER OF SOCIAL SECURITY IN HIS OFFICIAL CAPACITY AND SOCIAL SECURITY ADMINISTRATION; F. KEITH VARNI: ADMINISTRATIVE LAW JUDGE IN HIS OFFICIAL AND PERSONAL CAPACITIES AND OFFICE OF HEARINGS AND APPEALS IN SAN BERNARDINO - CALIFORNIA OF THE SOCIAL SECURITY ADMINISTRATION; JOHN W. BELCHER: ADMINISTRATIVE LAW JUDGE IN HIS OFFICIAL AND PERSONAL CAPACITIES AND OFFICE OF DISABILITY ADJUDICATION AND REVIEW IN SAN BERNARDINO - CALIFORNIA OF THE SOCIAL SECURITY ADMINISTRATION; AND DOES ONE THROUGH TEN INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 08-1192-SJO(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

as well as plaintiff's Objections (called "Opposition"), and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) defendants' motion to dismiss the complaint for lack of subject matter jurisdiction is granted, and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

DATED: 5/17/09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-1192.ADO
5/12/09