```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MARIAN M. HAWORTH, | ) Case No. EDCV 08-1192-SJO(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE: COMMISSIONER OF SOCIAL SECURITY IN HIS OFFICIAL CAPACITY AND SOCIAL SECURITY ADMINISTRATION; F. KEITH VARNI: ADMINISTRATIVE LAW JUDGE IN HIS OFFICIAL AND PERSONAL CAPACITIES AND OFFICE OF HEARINGS AND APPEALS IN SAN BERNARDINO - CALIFORNIA OF THE SOCIAL SECURITY ADMINISTRATION; JOHN W. BELCHER: ADMINISTRATIVE LAW JUDGE IN HIS OFFICIAL AND PERSONAL CAPACITIES AND OFFICE OF DISABILITY ADJUDICATION AND REVIEW IN SAN BERNARDINO - CALIFORNIA OF THE SOCIAL SECURITY ADMINISTRATION; AND DOES ONE THROUGH TEN INCLUSIVE, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

//
//

IT IS ADJUDGED that the complaint and action shall be dismissed for lack of subject matter jurisdiction.

DATED: 5/14/09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-1192.jud
4/14/09